12UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
:
WATER RESOURCES GROUP, LLC, and :
REYNOLDS & COMPANY VENTURE :
PARTNERS, LLC, :
: ORDER
Plaintiffs, : 12-CV-3779 (JFB)(GRB)
:
– against – :
:
LEEANN POWERS, :
:
:
Defendant. :
:
----------------------------------X

JOSEPH F. BIANCO, District Judge:

On July 31, 2012, plaintiffs Water Resources Group, LLC and Reynolds & Company Venture Partners, LLC filed the complaint in this action against *pro se* defendant Leeann Powers. On February 28, 2013, defendant filed motions to dismiss the complaint for improper venue, lack of subject matter jurisdiction, and lack of personal jurisdiction, or, in the alternative, that the case be transferred to the Central District of California. Plaintiffs filed an opposition to those motions on April 5, 2013. Defendant submitted a reply on April 22, 2013, and plaintiffs filed a sur-reply on May 17, 2013. By Order dated May 14, 2013, the Court referred the motions to Magistrate Judge Brown for a Report and Recommendation.

On August 19, 2013, Magistrate Judge Brown issued a Report and Recommendation (the "R&R"), recommending that defendant's motions be denied in their entirety. The R&R further instructed that any objections to the R&R be submitted within fourteen (14) days of service of the R&R. (*See* Report and Recommendation dated August 19, 2013, at 16-17.) No objections have been filed to date, although the date for filing any objections has expired.

A district judge may accept, reject, or modify, in whole or in part, the findings and recommendations of the Magistrate Judge. *See DeLuca v. Lord*, 858 F. Supp. 1330, 1345 (S.D.N.Y. 1994); *Walker v. Hood*, 679 F. Supp. 372, 374 (S.D.N.Y. 1988). As to those portions of a report to which no "specific written objections" are made, the Court may accept the findings contained therein, as long as the factual and legal bases supporting the findings are not clearly erroneous. *See* Fed. R. Civ. P. 72(b); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *Greene v. WCI Holdings Corp.*, 956 F. Supp. 509, 513 (S.D.N.Y. 1997).

Having conducted a review of the full record and the applicable law, and having reviewed the R&R for clear error, the Court adopts the findings and recommendations contained in the well-reasoned and thorough R&R in their entirety. Even under a *de novo* standard, the Court adopts the R&R in its entirety. Accordingly, IT IS HEREBY ORDERED that defendant's motions are denied.

SO ORDERED.

_____
JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated:     September 13, 2013
           Central Islip, New York